UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Cory Montae Macon                                    Docket No. 5:04-CR-358-1BO

## Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cory Montae Macon, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 18, 2005, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cory Montae Macon was released from custody on August 07, 2015, at which time the term of supervised release commenced.

On April 14, 2017, the defendant's case was reassigned to the Honorable Terrence W. Boyle, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 18, 2017, a petition for action was filed requesting 60 days of location monitoring to address noncompliance and the court concurred with the recommendation. Since the filing of the petition, the defendant has relocated and the location monitoring equipment has been installed. Due where the defendant is now living, the location monitoring equipment is having difficulty obtaining a signal reception and is not working properly. It is respectfully recommended that another sanction be imposed to address his violations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 60 hours of community service within 120 days as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Jeffrey L. Keller                           /s/ Amir A. Hunter
Jeffrey L. Keller                               Amir A. Hunter
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919.861.8663
                                                Executed On: June 14, 2017

Cory Montae Macon
Docket No. 5:04-CR-358-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this \_\_\_14\_\_\_ day of \_\_June_____, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge