UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Cory Montae MaconDocket No. 5:04-CR-358-1BO

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cory Montae Macon, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 18, 2005, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cory Montae Macon was released from custody on August 07, 2015, at which time the term of supervised release commenced. On April 14, 2017, this case was reassigned to the Honorable Terrence W. Boyle, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 24, 2014, the defendant committed the offense of Possession of Marijuana up to ½ oz (17CR770080), Fail to Maintain Lane Control (17IF731724) and Driving While Impaired (17CR224752) in Wake County, North Carolina. Previously, a Violation Report was submitted to the court to advise the court of these violations. The defendant has been referred to treatment for a substance abuse assessment and it is respectfully recommended that 60 days of location monitoring be imposed as a sanction to address the new charges. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. KellerJeffrey L. KellerSupervising U.S. Probation Officer | /s/ Amir A. HunterAmir A. HunterU.S. Probation Officer310 New Bern Avenue, Room 610Raleigh, NC 27601-1441Phone: 919.861.8663Executed On: March 30, 2018 |

Cory Montae Macon
Docket No. 5:04-CR-358-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __30__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

/s/ Terrence W. Boyle
Terrence W. Boyle
U.S. District Judge